**Electronically Filed**
**Supreme Court**
**SCWC-29593**
**25-FEB-2011**
**11:57 AM**

NO. SCWC-29593

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

BRUCE E. COX, Respondent/Plaintiff-Appellee

vs.

CARLYN D. COX, Petitioner/Defendant-Appellant

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(FC-D NO. 06-1-0096)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Acoba, J., for the court[1])

The Application for Writ of Certiorari filed on January 16, 2011 by Petitioner/Defendant-Appellant Carlyn D. Cox is hereby accepted.

DATED: Honolulu, Hawai'i, February 25, 2011.

FOR THE COURT:

/s/ Simeon R. Acoba, Jr.

Associate Justice



Steven L. Hartley and
Seth R. Harris (Hartley &
McGehee, LLC), on the
application for petitioner/
defendant-appellant.

---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge Del Rosario, assigned due to a vacancy.